UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SUCCESS FOR ALL FOUNDATION )
200 W. Towsontown Blvd.
Baltimore, MD 21204

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION )
400 Maryland Ave., SW )
Washington, D.C. 20202, )
    )
    Defendant. )
    )

CASE NUMBER 1:06CV00190

JUDGE: Richard W. Roberts

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 02/03/2006

## COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF

### NATURE OF ACTION

1. This is an action arising under the Freedom of Information Act (FOIA), 5 U.S.C. §552, for declaratory and injunctive relief seeking to compel Defendant, United States Department of Education (USDE), to disclose and release records that have been withheld from Plaintiff, Success For All Foundation (SFAF).

2. As described in more detail below, Plaintiff seeks documents related to the federal Reading First program, codified at 20 U.S.C. § 6361, et. seq., which USDE administers. Defendant's failure to disclose the records requested by Plaintiff under FOIA is unjustified under the law.

### JURISDICTION AND VENUE

3. Pursuant to 5 U.S.C. § 552(a)(4)(B), the United States District Court for the District of Columbia has jurisdiction to enjoin an agency from withholding agency records under FOIA.

4. Pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §1391(e)(2), venue lies in the District of Columbia.

## PARTIES

5. Plaintiff SFAF is a not-for-profit education development and research institution located in Baltimore, Maryland. SFAF uses research to design programs and services that help schools and administrators meet the academic needs of their students and the academic requirements of the No Child Left Behind Act of 2001.

6. Defendant USDE is an agency of the Executive Branch of the United States Government, responsible for overseeing and implementing federal educational policies and programs including distributing and monitoring federal funds for educational programs. USDE is an agency within the meaning of FOIA 5 U.S.C. § 552(f)(1). It has possession of and control over the records sought by SFAF.

## STATEMENT OF THE FACTS

7. On May 27, 2005, SFAF filed a complaint with USDE's Office of Inspector General requesting a formal investigation of USDE's implementation of the Reading First program. SFAF's complaint alleged USDE misapplied federal law, failed to ensure fair competition by actively promoting a specific type of reading program, and relied on the work of consultants with substantial conflicts of interest. SFAF's complaint has been widely publicized in education publications and the general press.

8. As described in more detail below, SFAF submitted a series of requests for documentation to USDE under FOIA regarding the Reading First program. While USDE has responded to some of these requests (often many months after the original request was made), SFAF has received no information for seven requests, only partial

information for two requests, and in one case, the documents USDE provided were unresponsive to SFAF's request.

FOIA Request No. 05-00828-F

9. On May 25, 2005, SFAF submitted a request to USDE pursuant to 5 U.S.C § 552 for copies of seven technical proposals and contracts related to the Reading First program. A copy of this request is attached as Exhibit 1.

10. USDE sent SFAF a letter confirming it received SFAF's request on May 26, 2005, and assigning the request a confirmation number, FOIA Request No. 05-00828-F. A copy of this letter is attached as Exhibit 2.

11. On May 27, 2005, USDE's Office of Chief Financial Officer acknowledged it had been assigned to respond to part of SFAF's request, informed SFAF it would send a redacted copy of the winning proposal under USDE contract number ED-01-CO-0093/0005, and confirmed USDE would charge 10 cents per photocopied page. A copy of this response is attached as Exhibit 3.

12. On July 8, 2005, SFAF sent a letter to USDE noting that more than 20 days had elapsed since SFAF filed its original request and asking when USDE would fulfill the request. A copy of this letter is attached as Exhibit 4.

13. On September 6, 2005, USDE provided SFAF an interim response to FOIA Request No. 05-00828-F. USDE provided SFAF with 734 pages of documents related to three of the seven contracts referenced in SFAF's original request. USDE charged SFAF $165.28 for these documents. A copy of USDE's cover letter describing its interim response is attached as Exhibit 5.

14. On October 11, 2005, USDE provided another interim response to FOIA Request No. 05-00828-F. USDE provided SFAF with 716 pages of documents related to another three of the seven contracts referenced in SFAF's original request. USDE charged SFAF $71.60 for these documents. A copy of USDE's cover letter describing its interim response is attached as Exhibit 6.

15. On October 27, 2005, SFAF sent a letter to USDE explaining that the documents USDE provided did not fully respond to SFAF's original request. A copy of this letter is attached as Exhibit 7. Specifically, USDE did not provide technical proposals for four of the contracts and did not provide any documents for one of contracts. To date, USDE has not provided these documents.

FOIA Request No. 05-00989-F

16. On May 25, 2005, SFAF submitted a request to USDE pursuant to 5 U.S.C. § 552 for copies of all correspondence from USDE to States, including monitoring reports, related to contract number ED-01-CO-0026/0016. A copy of this request is attached as Exhibit 8.

17. USDE failed to confirm receipt of the request; thus, SFAF resent the request to USDE on July 14, 2005. USDE sent SFAF a letter confirming it received SFAF's request on July 15, 2005, and assigning the request a confirmation number, FOIA Request No. 05-00989-F. A copy of this letter is attached as Exhibit 9.

18. To date, USDE has not provided any documents pursuant to this request.

FOIA Request No. 05-00878-F

19. On June 15, 2005, SFAF submitted a request to USDE pursuant to 5 U.S.C. § 552 for copies of all correspondence from USDE to States, consultants,

advisors, or any other response regarding the Reading First program including reviews and/or comments on state applications; agendas and materials prepared for meetings with, or distributed to, state Reading First directors; and email and other forms of electronic communications to specified USDE officials and consultants. A copy of this request is attached as Exhibit 10.

20. USDE sent SFAF a letter confirming it received SFAF's request on June 16, 2005, and assigning the request a confirmation number, FOIA Request No. 05-00878-F. A copy of this letter is attached as Exhibit 11.

21. On July 14, 2005, SFAF sent a letter to USDE noting that more than 20 days had elapsed since SFAF filed its original request and asking when USDE would fulfill the request. A copy of this letter is attached as Exhibit 12. To date, USDE has not provided any documents pursuant to this request.

FOIA Request No. 05-00928-F

22. On June 19, 2005, SFAF submitted a request to USDE pursuant to 5 U.S.C. § 552 for copies of all documents contained on the federally operated website www.readingfirstsupport.us/secure; all correspondence to or from a specified USDE official concerning the Reading First program, the Secretary's Reading Leadership Academies, the Consumer's Guide of Evaluating Reading Programs, and review of instruments for use under Reading First; and all grant reports filed for the University of Oregon pertaining to any grant received from USDE. A copy of this request is attached as Exhibit 13. SFAF inadvertently submitted the request to the National Institute of Health's National Institute of Child Health and Human Development (NICHD) and

NICHD forwarded the request to USDE. USDE received the request on September 27, 2005.

23. On September 21, 2005, USDE provided SFAF with 1,311 pages of documents related to 30 grants to the University of Oregon. USDE charged SFAF $247.75 for these documents. A copy of a letter describing USDE's response is attached as Exhibit 14. USDE also provided documents related to the reading first website and has promised to provide the documents related to the specified USDE official, although USDE has not provided those documents yet.

FOIA Request No. 05-00957-F

24. On July 7, 2005, SFAF submitted a request to USDE pursuant to 5 U.S.C. § 552 for copies of both original grant submissions for Reading First funding and final funded grant submission from specified states. A copy of this request is attached as Exhibit 15.

25. USDE sent SFAF a letter confirming it received SFAF's request on July 8, 2005, and assigning the request a confirmation number, FOIA Request No. 05-00957-F. A copy of this letter is attached as Exhibit 16.

26. On July 28, 2005, SFAF sent a letter to USDE noting that more than 20 days had elapsed since SFAF filed its original request and asking when USDE would fulfill the request. A copy of this letter is attached as Exhibit 17.

27. On November 2, 2005, USDE provided SFAF with 2,548 pages purportedly related to SFAF's original request. USDE charged SFAF $250.80 for these documents. A copy of a letter describing USDE's response is attached as Exhibit 18.

28.  The documents USDE provided were unresponsive to SFAF's request. USDE only provided copies of the finally funded grant submissions and not the original grant applications SFAF requested. On November 14, 2005, SFAF emailed Angela Arrington of USDE's Office of Chief Information Officer, who was the designated contact person for SFAF's FOIA requests, indicating the documents provided were unresponsive and requesting USDE to fulfill SFAF's original request. A copy of this letter is attached as Exhibit 19. USDE did not respond to this email and, to date, SFAF has not received any additional documents pursuant to this request.

FOIA Request No. 05-01087-F

29.  On August 18, 2005, SFAF submitted a request to USDE pursuant to 5 U.S.C. § 552 for copies of all Reading First application submissions submitted by the State of Oklahoma, and the expert panel review comments pertaining to each submission; all documents describing conflict of interest policies specific to USDE; names and institutional affiliations of all persons paid under any Reading First related subcontract to RMC Research Corporation, and the states to which they were assigned; all monitoring-related updates received from states; all guidance documents and training materials provided to Reading First expert panel members; and all documents, presentations, or other materials provided by RMC Research Corporation to States during the Reading First State Application Writers' Workshops held in Washington, DC in April 2002. A copy of this request is attached as Exhibit 20.

30.  USDE sent SFAF a letter confirming it received SFAF's request on August 18, 2005, and assigning the request a confirmation number, FOIA Request No.

05-01087-F. A copy of this letter is attached as Exhibit 21. To date, USDE has not provided any documents pursuant to this request.

FOIA Request Number 05-01105-F

31.     On August 25, 2005, SFAF submitted a request to USDE pursuant to 5 U.S.C. § 552 for copies of all presentation materials from the March 26, 2004 workshop on Effective Monitoring of Reading First Districts and Schools held in Chicago, IL; the Reading Leadership Academy Guidebook, authored by USDE and the Partnership for Reading, and published by RMC Research Corporation in 2002; the revised version of the Consumer's Guide on which reviewers from the three regional technical assistance centers were trained on May 16-17, 2005; any documents pertaining to, or describing, the process for requesting program reviews; a complete list of all approved National Center on Reading First Technical Assistance (NCRFTA) consultants (past or present); and any documents pertaining to, or describing, the process for approving consultants for work under NCRFTA. A copy of this request is attached as Exhibit 22.

32.     On October 17, 2005, SFAF sent an email to USDE's Office of Chief Information Officer to confirm USDE received SFAF's request. USDE did not respond. On November 2, 2005, SFAF sent an email to Angela Arrington again requesting confirmation that USDE received SFAF's request. A copy of this email is attached as Exhibit 24. Ms. Arrington replied on November 3, 2006 and promised to provide additional information. Ms. Arrington has not provided the promised documents.

33.     On January 27, 2006, USDE verbally informed SFAF that USDE received the request on August 26, 2005 and assigned confirmation number 05-01105-F.

34.     To date, USDE has not provided any documents pursuant to this request.

FOIA Request No. 05-01156-F

35.     On September 19, 2005, SFAF submitted a request to USDE pursuant to 5 U.S.C. § 552 for copies of specified documents related to USDE contract number ED-03-CO0082. A copy of this request is attached as Exhibit 25.

36.     USDE sent SFAF a letter confirming it received SFAF's request on September 20, 2005, and assigning the request a confirmation number, FOIA Request No. 05-01156-F. A copy of this letter is attached as Exhibit 26. To date, USDE has not provided any documents pursuant to this request.

FOIA Request No. 06-00118-F

37.     On November 1, 2005, SFAF submitted a request to USDE pursuant to 5 U.S.C. § 552 for copies of the competitive subgrant technical assistance proposal and reviewer comments awarded by USDE to the North Central Regional Education Laboratory; and reviewed comments, monthly and annual performance reports, lists of personnel submitted to USDE to approval, and other work products produced under contracts ED01CO0055/0008 and ED 03CO0082. A copy of this request is attached as Exhibit 27.

38.     USDE sent SFAF a letter confirming it received SFAF's request on November 9, 2005, and assigning the request a confirmation number, FOIA Request No. 06-00118-F.

39.     To date, USDE has not provided any documents pursuant to this request.

FOIA Request No. 06-00131-F

40. On November 2, 2005, SFAF submitted a request to USDE pursuant to 5 U.S.C. § 552 for copies of correspondence between Beth Ann Bryan and specified federal officials during a specified timeframe. A copy of this request is attached as Exhibit 29.

41. USDE sent SFAF a letter confirming it received SFAF's request on December 21, 2005, and assigning the request a confirmation number, FOIA Request No. 06-00131-F. A copy of this letter is attached as Exhibit 30.

42. To date, USDE has not provided any documents pursuant to this request.

FOIA Request No. 06-00126-F

43. On November 3, 2005, SFAF submitted a request to USDE pursuant to 5 U.S.C. § 552 relating to the Reading First Expert Review Panel and proposals for Reading First funding by specified states. A copy of this request is attached as Exhibit 31.

44. USDE sent SFAF a letter confirming it received SFAF's request on November 4, 2005, and assigning the request a confirmation number, FOIA Request No. 06-00126-F. A copy of this letter is attached as Exhibit 32. To date, USDE has not provided any documents pursuant to this request.

Additional Correspondence with USDE regarding Pending Requests

45. SFAF has diligently attempted to follow-up on the above referenced requests.

46. At the beginning of the process, SFAF attempted to send "twenty-day" letters reminding USDE of SFAF's requests and informing USDE its twenty days to respond had elapsed. USDE routinely ignored these letters.

47. On August 3, 2005, SFAF filed an administrative appeal with Secretary of Education Margaret Spellings in accordance with 5 U.S.C. § 552(a)(6)(A)(i) and 34 CFR § 5.80 given USDE's failure to respond to numerous FOIA requests, including Requests Number 05-00828-F, 05-00989-F, 05-00878-F, 05-00928-F, and 05-00957-F. A copy of this appeal is attached as Exhibit 33. Secretary Spellings has not responded to SFAF's appeal.

48. On August 25, 2005, SFAF filed another administrative appeal with Secretary Spellings in accordance in accordance with 5 U.S.C. § 552(a)(6)(A)(i) and 34 CFR § 5.80 given USDE's failure to respond to numerous FOIA Requests, including Requests Number 05-00828-F, 05-00989-F, 05-00878-F, 05-00928-F, 05-00957-F, and 05-01087-F. A copy of this appeal is attached as Exhibit 34. Secretary Spellings has not responded to SFAF's appeal.

49. On September 29, 2005, Brustein & Manasevit, a law firm retained by SFAF, sent a letter to USDE's Office of Chief Information Officer asking whether USDE intended to fulfill SFAF's pending FOIA requests and seeking an anticipated timeline for USDE's response. A copy of this letter is attached as Exhibit 35.

50. SFAF made numerous attempts to contact Angela Arrington, USDE's designated contact person for SFAF's FOIA requests, to obtain the anticipated timeline. Finally, on November 22, 2005, Ms. Arrington provided SFAF with a chart showing the progress of 12 different requests. A copy of this chart is attached as Exhibit 36. At that time, Ms. Arrington informed SFAF that responding to just one request would cost $18,000. While SFAF has agreed to narrow the scope of its request to lower the cost, USDE has never provided an itemized breakdown of cost that would justify $18,000.

51. USDE's timeline noted that USDE would provide documents related to FOIA Request Number 05-00828-F by December 9, 2005. To date, USDE has not provided the promised documents. SFAF attempted to contact Angela Arrington on December 14, 2005 and December 16, 2006 but Ms. Arrington did not respond.

52. On January 27, 2006, SFAF and its attorneys had a conference call with Jeanne Van Vlandren, Regulatory Information Management Services Supervisor; Angela Arrington, Information Management Case Services Team Supervisor; and Marcella Goodridge, Office of General Counsel.

53. Ms. Van Vlandren informed SFAF the purpose of the conference call was to determine which FOIA requests remain open and pending and the status of those requests. Ms. Van Vlandren refused to discuss any substantive issues, such as SFAF's pending administrative appeal and USDE's policies for disputing the relevance of documents and obtaining a refund of fees.

54. Ms. Van Vlandren also refused to provide any firm deadline for the processing of SFAF's requests or delivery of documents. Rather, Ms. Van Vlandren offered to hold another status call in a few weeks.

55. SFAF has made numerous attempts to facilitate retrieval of the documents specified in the FOIA requests detailed above. Failure to make the documents promptly available violates 5 U.S.C. § 552(a)(6)(C)(i).

56. SFAF has constructively exhausted its administrative remedies. See 5 U.S.C. § 552(a)(6)(C)(i), 34 CFR § 5.85(c). As of the filing of this complaint, USDE has not sufficiently responded to any of the FOIA requests described above.

57. For FOIA Requests Number 05-00989-F, 05-00878-F, 05-01087-F, 05-01105-F, 05-01156-F, 06-00118-F, and 06-00131-F, USDE has not responded within the twenty days required by statute. Thus, SFAF is deemed to have exhausted its administrative remedies. See 5 U.S.C. § 552(a)(6)(C)(i); 34 CFR § 5.85(c).

58. Although USDE has provided some documentation in interim responses to FOIA Requests Number 05-00828-F and 05-00957-F, USDE has not informed SFAF of USDE's determination of whether or not to comply with the request, the reasons for USDE's decision, and notice of SFAF's right to appeal to the Secretary of Education. See Oglesby v. U.S. Dep't. of the Army, 920 F.2d 57 (D.C. Cir. 1990). In fact, USDE specifically noted FOIA Request Number 05-00828-F remains open. See Exhibits 5 & 6.

59. As described in paragraphs 45 and 46, SFAF filed two administrative appeals contesting USDE's failure to provide final responses to SFAF's requests. The Secretary of Education is required to respond to administrative appeals within twenty days; yet, SFAF has not received any response from USDE to its request for an administrative appeal. USDE's failure to comply with statutory deadlines constitutes a constructive denial of SFAF's remedies. See Taylor v. Appleton, 30 F.3d 1365 (11th Cir. 1994).

## COUNT I

60. Plaintiff hereby restates and incorporates herein its allegations set forth in paragraphs 1 to 51 of this Complaint, as though fully set forth herein.

61. USDE's failure to timely respond to Plaintiff's request for documents violates FOIA, 5 U.S.C. § 552(a)(6)(A), and USDE's regulations, 34 C.F.R. § 5.51.

62. Plaintiff has exhausted its administrative remedies with regard to its request by filing an administrative appeal with USDE, which was never responded substantively to the appeal nor offered any explanation for its failure to do so. See 5 U.S.C. §552(a)(6)(C) and 34 C.F.R. §5.85(c).

63. USDE has wrongfully withheld the requested documents from Plaintiff.

**RELIEF**

64. WHEREFORE, Plaintiff respectfully requests that this Court:

65. Declare that USDE's withholding of records responsive to SFAF's request is in violation of FOIA;

66. Enter an injunction requiring USDE to disclose the requested records in their entireties and make copies of such records available to SFAF;

67. Direct USDE to waive its fees in accordance with 5 U.S.C. § 552(a)(4) and 34 CFR § 5.64.

68. Award SFAF its costs and reasonable attorneys fees incurred in this action; and

69. Grant such other relief as the Court may deem just and proper.

Respectfully Submitted,

Leigh Manasevit,
D.C. Bar No. 260851
Brustein & Manasevit
3105 South Street, N.W.
Washington, DC 20007
Tele: 202-965-3652
Fax:   202-965-8913

Sheara Krvaric
D.C. Bar No. 473421
Brustein & Manasevit
3105 South Street, N.W.
Washington, DC 20007
Tele: 202-965-3652
Fax:   202-965-8913