FILED
CO-386-online
FEB - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | |
|---|---|
| SUCCESS FOR ALL FOUNDATION )<br>)<br>)<br>Plaintiff )<br>vs )  Civil Action<br>)<br>UNITED STATES DEPARTMENT OF )<br>EDUCATION )<br>)<br>Defendant ) | CASE NUMBER 1:06CV00190<br>JUDGE: Richard W. Roberts<br>DECK TYPE: FOIA/Privacy Act<br>DATE STAMP: 02/03/2006 |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Success For All Foundation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Success For All Foundation__ which have any outstanding securities in the hands of the public:

Success For All UK
Johns Hopkins University

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
Signature

D.C. Bar No. 260851
BAR IDENTIFICATION NO.

Leigh Manasevit
Print Name

3105 South St., NW
Address

Washington, DC          20007
City           State    Zip Code

(202) 965-3652
Phone Number