```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

SUCCESS FOR ALL FOUNDATION,      )
                                 )
        Plaintiff,               )
                                 )
    v.                           )  Civil Action No. 06-190 RWR
                                 )
UNITED STATES DEPARTMENT         )
  OF EDUCATION,                  )
                                 )
        Defendant.               )
_____)
```

### DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT, <u>AND MEMORANDUM IN SUPPORT THEREOF</u>

Defendant hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to respond to the Complaint in this action up to and including April 17, 2006.  Plaintiff, through counsel, Sheara Kvaric, Esq., has indicated that Plaintiff does not oppose this motion.

This enlargement of time is sought because, counsel for defendant has not yet had sufficient time to complete the process of drafting a response to the Complaint in this Freedom of Information Act case, and the parties are intending to meet and discuss how the matter may be resolved to the satisfaction of all concerned.

Wherefore, Defendant seeks an enlargement of time in this action.  A proposed Order is attached hereto.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Defendant's Unopposed Motion For An Enlargement Of Time Within Which To Respond To The Plaintiff's Complaint, And Memorandum In Support Thereof and a proposed Order has been made through the Court's electronic transmission facilities on this 15th day of March, 2006.

```
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230
```