```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

SUCCESS FOR ALL FOUNDATION,     )
                                )
          Plaintiff,            )
                                )
     v.                         ) Civil Action No. 06-190 RWR
                                )
UNITED STATES DEPARTMENT        )
  OF EDUCATION,                 )
                                )
          Defendant.            )
_____)
```

## ORDER

UPON CONSIDERATION OF Defendant's Unopposed Motion For An Enlargement Of Time Within Which To Respond To The Plaintiff's Complaint, And Memorandum In Support Thereof, and for the reasons set forth in support thereof, it is this _____ day of _____ 2006, hereby

ORDERED that Defendant's Motion be and is hereby GRANTED; and the time by which Defendants may answer or otherwise respond to the Complaint in this action be and is hereby enlarged up to and including April 17, 2006.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```

| | |
|---|---|
| W. MARK NEBEKER | LEIGH MANASEVIT, ESQ. |
| Assistant United States Attorney | SHEARA KRVARIC, ESQ. |
| Civil Division | Brunstein & Manasevit |
| 555 4th Street, N.W. | 3105 South Street, N.W. |
| Washington, DC 20530 | Washington, DC 20007 |