UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUCCESS FOR ALL FOUNDATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 06-190 RWR<br>)<br>)<br>)<br>)<br>) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendant hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to respond to the Complaint in this action up to and including April 24, 2006, by which time, the parties hope to have reached agreement on at least some of the issues in the matter and to have reported back to the Court on those issues and how they propose to proceed. Plaintiff, through counsel, Sheara Krvaric, Esq., has indicated that Plaintiff does not oppose this motion.

This enlargement of time is sought because, counsel for defendant has not yet had sufficient time to complete the process of drafting a response to the Complaint in this Freedom of Information Act case, and the parties have met and discussed how the matter may be resolved to the satisfaction of all concerned. Although the parties have attempted to draft a stipulation regarding the status of the case and proposing a schedule for resolution of the issues that remain in the matter, they have not yet had sufficient time to complete that process.

Wherefore, Defendant seeks an enlargement of time in this action.  A proposed Order is attached hereto.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Defendant's Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order shall be made through the Court's electronic transmission facilities on the 13th day of April, 2006.

```
                              _____
                              W. MARK NEBEKER, DC Bar #396739
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, N.W.
                              Washington, DC  20530
                              (202) 514-7230
```