```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

SUCCESS FOR ALL FOUNDATION,       )
                                  )
        Plaintiff,                )
                                  )
   v.                             ) Civil Action No. 06-190 RWR
                                  )
U.S. DEPARTMENT OF EDUCATION,     )
                                  )
        Defendant.                )
_____)
```

                                ORDER

UPON CONSIDERATION OF Defendant's Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and for the reasons set forth in support thereof, it is this _____ day of _____ 2006, hereby

ORDERED that, Defendant's motion be and is hereby GRANTED; and the time by which Defendant may respond to the Complaint in this action be and is hereby enlarged up to and including April 24, 2006.

                              _____
                              UNITED STATES DISTRICT JUDGE


```
W. MARK NEBEKER                    LEIGH MANASEVIT, ESQ.
Assistant United States Attorney   SHEARA KRVARIC, ESQ.
Civil Division                     Brunstein & Manasevit
555 4th Street, N.W.               3105 South Street, N.W.
Washington, DC 20530               Washington, DC 20007
```