UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUCCESS FOR ALL FOUNDATION,  )
                                            )
        Plaintiff,         )
                                            )
v.                               )
                                            )  Civil Action No. 06-190 RWR
U.S. DEPARTMENT OF EDUCATION, )
                                            )
        Defendant.       )
_____)

## STIPULATION REGARDING SCHEDULING

The parties hereby stipulate and agree that upon approval of the Court the following schedule should be adopted in an effort to resolve this Freedom of Information Act ("FOIA") action in an efficient manner.

1) The parties advise that FOIA Request Nos. **05-00989-F** and **05-01105-F** have now been resolved.

2) In addition, certain documents responsive to FOIA Request Nos. **05-00957-F** and **05-1087-F** have been provided to Plaintiff. Request Nos. **05-00957-F** and **05-01087-F** are considered closed by the Defendant, but plaintiff does not agree. Plaintiff agrees to withdraw its January 30, 2006 request for a fee waiver as to these two requests. And, the Defendant agrees to do some additional work within two weeks following approval of this stipulation in an attempt to assure the plaintiff that the responsive documents are satisfactory. In the event that the Defendant has to make an additional production for which it will impose an additional charge, Defendant will inform Plaintiff

Case 1:06-cv-00190-RWR    Document 5    Filed 04/24/2006    Page 2 of 4

before producing the documents and incurring the additional charge and the parties agree to sit down and discuss the matter prior to the Defendant's actual production of documents. Any production to Plaintiff of documents in advance of billing or collecting fees shall not be relied upon by either party as precedent regarding any fee waiver. Plaintiff reserves the right to re-submit a fee waiver request for these two requests, if it becomes necessary.

3) Defendant agrees that, subject to any withholdings that may be asserted under the FOIA, it will provide materials responsive to Request No. **06-00126-F** within four weeks of the court's approval of this stipulation. This request is not included in plaintiff's overall request for a fee waiver.

4) On January 30, 2006, Plaintiff submitted to Defendant a request for a waiver of fees. The parties agree that Request Nos. **05-00928-F, 05-00878-F, 06-00131-F, 05-00828-F, 06-00118-F,** and **05-01156-F** are the subject of the request for a waiver of fees, and that the Department will issue a decision regarding Plaintiff's fee waiver request within three weeks of the Court's approval of this stipulation. Within one week of receiving Defendant's decision, Plaintiff will inform Defendant, in writing, whether Plaintiff would like to proceed with the pending FOIA requests. If Plaintiff would like to proceed with the pending FOIA requests, the parties agree to meet within two weeks

-2-

of Plaintiff's receipt of Defendant's decision to reach an agreement on the scope of the requests and establish a deadline for producing the agreed upon records.

5) Defendant shall use its best efforts to meet these deadlines and agrees that if additional time is necessary, it shall either 1) secure Plaintiff's consent or 2) petition the Court for an enlargement of the time needed.

6) Wherefore this action should be stayed and the parties shall file a status report no later than five weeks from the Court's approval of this stipulation.

Respectfully submitted,

_____
LEIGH MANASEVIT, ESQ.
DC Bar #260851

_____
SHEARA KRVARIC, ESQ.
DC Bar #473421
BRUSTEIN & MANASEVIT
3105 South Street, N.W.
Washington, DC 20007
(202) 965-3652

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7230

It is so ORDERED by the Court this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

copies to:

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

LEIGH MANASEVIT, ESQ.
SHEARA KRVARIC, ESQ.
BRUSTEIN & MANASEVIT
3105 South Street, N.W.
Washington, DC 20007

-4-