```
               UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

SUCCESS FOR ALL FOUNDATION,       )
                                  )
        Plaintiff,                )
                                  )
     v.                           )  Civil Action No. 06-190 RWR
                                  )
U.S. DEPARTMENT OF EDUCATION,     )
                                  )
        Defendant.                )
                                  )
```

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME,
<u>AND MEMORANDUM IN SUPPORT THEREOF</u>

Defendant hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a status report with the Court in this action up to and including July 13, 2006. Plaintiff, through counsel, Sheara Krvaric, Esq., has indicated to agency counsel, Marcella Goodridge, Esq., that Plaintiff does not oppose this motion.

This request for additional time is sought because the undersigned Assistant United States Attorney ("AUSA") has selected a jury and must begin presentation of evidence in an unrelated civil trial on Monday. He also has responsibility this week for completing filings in several other cases. Moreover, agency counsel in the case is newly assigned to assist in defending the matter; and additional discussions that must include the plaintiff's representative have been delayed to accommodate the schedule of that representative. These difficulties will not permit the parties adequately to complete the status report in advance of July 13, 2006. Wherefore,

Defendant seeks an enlargement of time in this action.  A proposed Order is attached hereto.

                              Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order shall be made through the Court's electronic transmission facilities on the 7th day of June, 2006.

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230