UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUCCESS FOR ALL FOUNDATION, )
                             )
        Plaintiff,           )
                             )
    v.                       ) Civil Action No. 06-190 RWR
                             )
U.S. DEPARTMENT OF EDUCATION, )
                             )
        Defendant.           )
_____)

ORDER

UPON CONSIDERATION OF Defendant's Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and for the reasons set forth in support thereof, it is this _____ day of _____ 2006, hereby

ORDERED that, Defendant's motion be and is hereby GRANTED; and the time by which the parties are to file a status report with the Court be and is hereby enlarged up to and including July 13, 2006.

_____
UNITED STATES DISTRICT JUDGE


W. MARK NEBEKER                    LEIGH MANASEVIT, ESQ.
Assistant United States Attorney   SHEARA KRVARIC, ESQ.
Civil Division                     Brunstein & Manasevit
555 4th Street, N.W.               3105 South Street, N.W.
Washington, DC 20530               Washington, DC 20007