```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

SUCCESS FOR ALL FOUNDATION,      )
                                 )
          Plaintiff,             )
                                 )
     v.                          )  Civil Action No. 06-190 RWR
                                 )
U.S. DEPARTMENT OF EDUCATION,    )
                                 )
          Defendant.             )
                                 )
```

### DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendant hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to meet with Plaintiff in an attempt to reach an agreement on the scope of Plaintiff's remaining requests and to establish a deadline for producing any additional documents pursuant to any further requests. Defendant asks through July 31, 2006 to accomplish any such meeting. Plaintiff, through counsel, Sheara Krvaric, Esq., and Leigh Manasevit, Esq., has indicated that Plaintiff will oppose this motion.

In a stipulation approved on May 5, 2006, the parties agreed that, if Plaintiff would like to proceed with the pending FOIA requests, the parties would meet within two weeks of Plaintiff's receipt of Defendant's decision on a fee waiver request in order to reach an agreement on the scope of the requests and establish a deadline for producing any agreed upon records. See April 24, 2006 Stipulation Regarding Scheduling, ¶ 4. Consistent with Paragraph 5 of the Stipulation, the agency and Plaintiff extended

the deadline for that meeting until June 22, 2006. Not until the afternoon of June 19, 2006, did the Assistant United States Attorney ("AUSA") assigned primary responsibility in the case received an e-mail from Plaintiff's counsel indicating that the scheduling of the meeting was being delayed by the unavailability of agency counsel. The agency immediately tasked another agency attorney with the responsibility of attempting to work out scheduling of a meeting, and on June 21, 2006, the agency and undersigned AUSA contacted plaintiff's counsel to express a willingness to meet on June 22, 2006. Regrettably, the agency was not able to ensure the participation of the appropriate Information Technology ("IT") staff within the agency at that meeting, because of previously scheduled leave. Thus, Defendant's counsel, while willing and able to meet on June 22, 2006, recommended that the meeting be postponed until after the computer staff returns, <u>i.e.</u>, during the week of July 10, 2006. Plaintiff, through counsel, indicated in a telephone call on the morning of June 22, 2006, that they did not wish to meet without the IT staff, but that they would not consent to an enlargement of time to conduct the meeting.

    Defendant is willing to initiate the additional searches that would be called for by Plaintiff's requests upon payment by Plaintiff of the estimated fees. Alternatively, Defendant remains willing to discuss potential methods for minimizing the

fees through modification of the scope of the requests or otherwise.  Due to confusion that resulted from the reassignment of agency counsel, Marcella Goodridge, Esq., the meeting could not be scheduled with participation by the IT staff before July. Wherefore, Defendant asks that the Court extend the time for the parties to meet through the month of July and the date for the filing of the status report to a week thereafter.
A proposed Order is attached hereto.

                              Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Defendant's Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order shall be made through the Court's electronic transmission facilities on the 22nd day of June, 2006.

```
                              _____
                              W. MARK NEBEKER, DC Bar #396739
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, N.W.
                              Washington, DC  20530
                              (202) 514-7230
```