```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

SUCCESS FOR ALL FOUNDATION,       )
                                  )
        Plaintiff,                )
                                  )
    v.                            ) Civil Action No. 06-190 RWR
                                  )
U.S. DEPARTMENT OF EDUCATION,     )
                                  )
        Defendant.                )
_____)
```

ORDER

UPON CONSIDERATION OF Defendant's Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and for the reasons set forth in support thereof, it is this _____ day of _____ 2006, hereby

ORDERED that, Defendant's motion be and is hereby GRANTED; and the time by which the parties are to meet be and is hereby enlarged up to and including July 31, 2006, and the date for the filing of the status report shall be enlarged up to and including August 7, 2006.

_____
UNITED STATES DISTRICT JUDGE

```
W. MARK NEBEKER                        LEIGH MANASEVIT, ESQ.
Assistant United States Attorney       SHEARA KRVARIC, ESQ.
Civil Division                         Brunstein & Manasevit
555 4th Street, N.W.                   3105 South Street, N.W.
Washington, DC 20530                   Washington, DC 20007
```