UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUCCESS FOR ALL FOUNDATION,   ) | |
|   ) | |
| Plaintiff,   ) | |
|   ) | |
| v.   ) | Civil Action No. 06-190 RWR |
|   ) | |
| U.S. DEPARTMENT OF EDUCATION,   ) | |
|   ) | |
| Defendant.   ) | |
|   ) | |

ORDER

This matter comes before the Court on Defendant's Motion for Enlargement of Time, filed June 22, 2006.  After considering that motion, Plaintiff's opposing memorandum, and defendant's reply, if any, the Court hereby orders:

1. That defendant's motion for enlargement is DENIED;

2. That defendant must meet with plaintiff to reach an agreement on the scope of the pending FOIA requests within ten days of this order, defendant must make staff knowledgeable with defendant's information technology system available at the meeting;

3. That defendant must provide all agreed upon documents within ten days of the required meeting; and

4. That defendant immediately process any of plaintiff's pending FOIA requests that do not require electronic searches by providing a notification of estimated fees, and that defendant provide all required documents within ten days of receiving plaintiff's assurance that it will pay the estimated fees.

SO ORDERED, this _____ day of _____, 2006.

_____
RICHARD W. ROBERTS
United States District Judge