# Exhibit 1
# Civil Action No. 06-190 (RWR)



May 31, 2006

Marcella Goodridge
Office of the General Counsel
US Department of Education
400 Maryland Ave. SE
Washington, DC 20202

Dear Marcella:

The purpose of this letter is to confirm our telephone conversation of 31 May 2006. Success for All Foundation wishes to proceed with our electronic FOIA requests despite the denial of its fee waiver request by the US Department of Education.

Specifically, SFAF would like to combine the FOI requests currently numbered 05-000878-F, 05-000928-F, and 06-00131-F. The resulting search would consist of:

1. Emails between or among the following individuals: Susan B. Neuman, Beth Ann Bryan, G. Reid Lyon, Eugene Hickok, Margaret LaMontagne (Spellings), Barnett (Sandy) Kress, Darvin Winick, Doug Carnine, Chris Doherty, Sandi Jacobs, Dr. Raymond Simon, and Kamina Pinder;
2. During the timeframe of December 2001 through the present; and
3. Emails either to or from the individuals named in (1) that contain references to the following key words:

Voyager
ProQuest
Reading First (RF)
Randy Best (Randy, Best)
Best Associates
Open Court (OC)
Harcourt
Pearson
Scott Foresman (SF)
Houghton Mifflin (HM)
AAP
SRA
McGraw
Reading (read)
Assess
Reading First (RF)
Success for All (SFA)
Slavin
Basal

Success for All Foundation
200 W. Towsontown Blvd., Baltimore, Maryland 21204-5200
Phone: (410) 616-2300 or (800) 548-4998   Fax: (410) 324-4444
E-mail: sfainfo@successforall.net   Website: www.successforall.net



Page 2

List
Reading leadership academy (academy)
Consumers guide (guide)
Torgeson
Vaughn (Sharon)
Moats (Louisa)
Kameenui (alt. spelling: kame'enui, Ed, Ed K.)
Foorman
Simmons (Deb, Deborah)
Evidence
3 tier (alt: 3-tier)
Monitor
Comply
George W. Bush (Alt. pres. Bush, pres., GWB)
Proposal
Apply
Review (reviewers)
Paige (alt: Rod Paige, Rod)
Technical assistance (TA)
Everett Barnes (Barnes, Everett)
RMC
Contract
Direct Instruction (DI)
Reading Recovery (RR)
DIBELS
Reading Mastery
Bob Sweet
Sally Lovejoy
Legislation (legis)
Whitehurst (Russ, IES)
Guidance
FOIA
Evaluation (eval)
Research
Consult
Publish (publisher)
Lugar
Approve
Michigan (Mich)
Donald Deschler (Don Deschler)
Jeri Nowakowski (Jeri)
New York (NYC)
Month by Month Phonics

Our intent in providing these key words is to locate all relevant, substantive, Reading First-related correspondence to facilitate both your and our review. Because of the nature of email correspondence, we have provided alternative spellings and shortened versions of words that are frequently abbreviated.

Success for All Foundation
200 W. Towsontown Blvd., Baltimore, Maryland 21204-5200
Phone: (410) 616-2300 or (800) 548-4998   Fax: (410) 324-4444
E-mail: sfainfo@successforall.net   Website: www.successforall.net



Page 3

We would welcome the opportunity to meet with your IT folks and discuss the options available.

Success for All Foundation
200 W. Towsontown Blvd., Baltimore, Maryland 21204-5200
Phone: (410) 616-2300 or (800) 548-4998   Fax: (410) 324-4444
E-mail: sfainfo@successforall.net   Website: www.successforall.net



Page 4

Sincerely,

Cheryl L. Sattler, Ph.D.
Education Policy & Constituent Relations
800 548 4998 x2583
csattler@successforall.org



Success for All Foundation
200 W. Towsontown Blvd., Baltimore, Maryland 21204-5200
Phone: (410) 616-2300 or (800) 548-4998    Fax: (410) 324-4444
E-mail: sfainfo@successforall.net    Website: www.successforall.net

# Exhibit 2
# Civil Action No. 06-190 (RWR)

# Sheara Krvaric

| | |
|---|---|
| **From:** | Sheara Krvaric |
| **Sent:** | Thursday, June 08, 2006 2:15 PM |
| **To:** | Goodridge, Marcella; 'Nebeker, Mark (USADC)' |
| **Cc:** | Leigh Manasevit |
| **Subject:** | SFA FOIA Litigation |

Hello. First, I want to apologize for the confusion regarding the status report. I concede that the confusion was completely on my end. Thank you for taking the lead on filing the motion.

Second, I've spoken to my client, and we are ok on leaving the motion to enlarge the way it is, however, we do want to keep moving forward on the deadlines under the stipulation. The next step is now that the U.S. Department of Education has ruled on the request for a fee waiver is for the parties to meet to determine how to move forward. I understand Cheryl talked to Marcella about arranging a meeting with SFA's technical experts and the Department's technical experts. I understand from Marcella's voicemail that we can set up this meeting fairly soon as long as we agree Mark does not need to participate. We agree that Mark does not need to participate; in fact, SFA is comfortable having a meeting client to client without the lawyers.

So, with that background, when do you think we could schedule the meeting?

Sheara L. Krvaric
BRUSTEIN & MANASEVIT
3105 South Street, NW
Washington, DC 20007
Phone: (202) 965-3652
Fax: (202) 965-8913
Email: skrvaric@bruman.com
Internet: www.bruman.com

***This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

# Exhibit 3
# Civil Action No. 06-190 (RWR)

### Sheara Krvaric

| | |
|---|---|
| **From:** | Cheryl Sattler [csattler@SuccessForAll.net] |
| **Sent:** | Tuesday, June 13, 2006 8:55 AM |
| **To:** | Dobson, Dana |
| **Cc:** | Sheara Krvaric; Arrington, Angela |
| **Subject:** | RE: Scheduling an IT meeting |

Thanks. According to the stipulation, the meeting has to take place within 2 weeks of our written response to you indicating that we wish to proceed. The date of that was the 31st of May, so we have until next Thursday.

---

**From:** Dobson, Dana [mailto:Dana.Dobson@ed.gov]
**Sent:** Tuesday, June 13, 2006 8:19 AM
**To:** Cheryl Sattler
**Cc:** Sheara Krvaric; Arrington, Angela
**Subject:** RE: Scheduling an IT meeting

Good Morning Ms. Sattler,

I am currently in training, and will be for the next few weeks. I will have to evaluate my schedule and how best to proceed. I will touch base with you later this week re: scheduling.


*Dana Dobson, General Attorney*
*OGC/DBAL Room 6E114*
*202/401.6273 (direct dial)*
*202/401.9533 (fax)*


-----Original Message-----
**From:** Cheryl Sattler [mailto:csattler@SuccessForAll.net]
**Sent:** Monday, June 12, 2006 3:37 PM
**To:** Dobson, Dana
**Cc:** Sheara Krvaric
**Subject:** Scheduling an IT meeting

Hi Dana, I understand (see below) that you are filling in for Marcella. I need to schedule a meeting with you and your IT people and me and my IT people to move forward on our electronic search requests. My schedule is fairly open except for tomorrow, June 13.

I also wanted to give you a head's up on the request that your office filled on June 1. (06-00126-F). We are still reviewing it but it appears to be missing documents. I will provide you with a list of missing documents asap.

I look forward to meeting you.

Cheryl Sattler
Success for All Foundation
800 548 4998 x2583

---

**From:** Sheara Krvaric [mailto:skrvaric@bruman.com]
**Sent:** Thursday, June 08, 2006 3:11 PM
**To:** Cheryl Sattler

**Cc:** Leigh Manasevit
**Subject:** FOIA Litigation

Ok, I've worked everything out on the lawyers' end . . . . We all agree that although the status report may be delayed, we are to keep moving forward on the activities under the stipulation. As you and I discussed, we are comfortable with having you and your tech people meet with ED and their tech people. I just got confirmation that Mark is comfortable with it as well (as long as any final resolution has to be approved by his office). ED is willing to set something up as early as next week if that will work for you.

I think at this point, now that we've agreed the lawyers will be out of the meeting (at least we and Mark will be out of it), ED will be comfortable coordinating directly with you. Marcella's replacement is Dana Dobson, and her email is: Dana.Dobson@ed.gov. They know that you are on vacation and won't expect to hear from you until you get back.

Thank you so much for your patience during this *incredibly* frustrating process.

In the meantime, I will look into the $5,000 charge we discussed for #126. I should be ready to discuss options with you when you get back.

Now, hopefully you will enjoy the rest of your vacation with no further interruptions from me!!!

Sheara L. Krvaric
BRUSTEIN & MANASEVIT
3105 South Street, NW
Washington, DC 20007
Phone: (202) 965-3652
Fax: (202) 965-8913
Email: skrvaric@bruman.com
Internet: www.bruman.com

***This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

# Exhibit 4
# Civil Action No. 06-190 (RWR)

## Sheara Krvaric

| | |
|---|---|
| **From:** | Sheara Krvaric |
| **Sent:** | Wednesday, June 14, 2006 11:56 AM |
| **To:** | Nebeker, Mark (USADC) |
| **Cc:** | 'Goodridge, Marcella'; Dobson, Dana; Leigh Manasevit |
| **Subject:** | FW: Scheduling an IT meeting |

Good morning Mark. I am forwarding this correspondence to you to keep you updated on our progress.

As you know, the stipulation set out specific deadlines by which we would review the U.S. Department of Education's ruling on the fee waiver request. Specifically, the stipulation agrees that the parties will meet within two weeks of SFA receiving the Department's ruling to determine the scope of the remaining requests and a schedule for providing the documents. SFA received the Department's ruling on May 26. Thus, the meeting should have been held by the 9th. We certainly can appreciate that you are in trial and Marcella and Dana are in transition, but it is our expectation that this process will continue to move forward efficiently.

As you can see below, SFA is willing to "toll" the stipulation period to account for the time it took SFA to respond to the Department's ruling. (Under the terms of the stipulation, however, SFA did not take the full week it was allowed to respond to the Department that and could have insisted for a meeting by June 9.) We are trying our best to be accommodating, but feel we are not seeing sufficient progress to justify continuing accommodations.

At this point, all we are looking for is to set up a meeting between the U.S. Department of Education's program and technology staff and Success for All's staff. While we understand that all final agreements on scope and/or deadlines must be approved by both you and the Department's General Counsel's Office, we do not want to slow this process because of the lawyer's schedules. Right now we are simply trying to determine the nature of the Department's search program so that Success for All can tailor its pending FOIA requests. This meeting can only benefit all parties involved.

While we have agreed to extend the deadline for filing a status report with the Court, it was our understanding the rest of the action items in the stipulation are to continue uninterrupted. This, it is very important that we schedule the meeting as soon as possible.

---

**From:** Cheryl Sattler [mailto:csattler@SuccessForAll.net]
**Sent:** Tuesday, June 13, 2006 8:55 AM
**To:** Dobson, Dana
**Cc:** Sheara Krvaric; Arrington, Angela
**Subject:** RE: Scheduling an IT meeting

Thanks. According to the stipulation, the meeting has to take place within 2 weeks of our written response to you indicating that we wish to proceed. The date of that was the 31st of May, so we have until next Thursday.

---

**From:** Dobson, Dana [mailto:Dana.Dobson@ed.gov]
**Sent:** Tuesday, June 13, 2006 8:19 AM
**To:** Cheryl Sattler
**Cc:** Sheara Krvaric; Arrington, Angela
**Subject:** RE: Scheduling an IT meeting

Good Morning Ms. Sattler,

I am currently in training, and will be for the next few weeks. I will have to evaluate my schedule and how best to proceed. I will touch base with you later this week re: scheduling.

*Dana Dobson, General Attorney*
*OGC/DBAL Room 6E114*
*202/401.6273 (direct dial)*
*202/401.9533 (fax)*

-----Original Message-----
**From:** Cheryl Sattler [mailto:csattler@SuccessForAll.net]
**Sent:** Monday, June 12, 2006 3:37 PM
**To:** Dobson, Dana
**Cc:** Sheara Krvaric
**Subject:** Scheduling an IT meeting

Hi Dana, I understand (see below) that you are filling in for Marcella. I need to schedule a meeting with you and your IT people and me and my IT people to move forward on our electronic search requests. My schedule is fairly open except for tomorrow, June 13.

I also wanted to give you a head's up on the request that your office filled on June 1. (06-00126-F). We are still reviewing it but it appears to be missing documents. I will provide you with a list of missing documents asap.

I look forward to meeting you.

Cheryl Sattler
Success for All Foundation
800 548 4998 x2583

---

**From:** Sheara Krvaric [mailto:skrvaric@bruman.com]
**Sent:** Thursday, June 08, 2006 3:11 PM
**To:** Cheryl Sattler
**Cc:** Leigh Manasevit
**Subject:** FOIA Litigation

Ok, I've worked everything out on the lawyers' end . . . . We all agree that although the status report may be delayed, we are to keep moving forward on the activities under the stipulation. As you and I discussed, we are comfortable with having you and your tech people meet with ED and their tech people. I just got confirmation that Mark is comfortable with it as well (as long as any final resolution has to be approved by his office). ED is willing to set something up as early as next week if that will work for you.

I think at this point, now that we've agreed the lawyers will be out of the meeting (at least we and Mark will be out of it), ED will be comfortable coordinating directly with you. Marcella's replacement is Dana Dobson, and her email is: Dana.Dobson@ed.gov. They know that you are on vacation and won't expect to hear from you until you get back.

Thank you so much for your patience during this *incredibly* frustrating process.

In the meantime, I will look into the $5,000 charge we discussed for #126. I should be ready to discuss options with you when you get back.

Now, hopefully you will enjoy the rest of your vacation with no further interruptions from me!!!

Sheara L. Krvaric
BRUSTEIN & MANASEVIT
3105 South Street, NW
Washington, DC 20007
Phone: (202) 965-3652
Fax: (202) 965-8913
Email: skrvaric@bruman.com
Internet: www.bruman.com

6/23/2006

***This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

**Exhibit 5
Civil Action No. 06-190 (RWR)**

## Sheara Krvaric

| **From:** | Sheara Krvaric |
| **Sent:** | Monday, June 19, 2006 3:35 PM |
| **To:** | Nebeker, Mark (USADC); Goodridge, Marcella |
| **Cc:** | Leigh Manasevit; Dobson, Dana |
| **Subject:** | SFA FOIA Litigation |
| **Importance:** | High |
| **Attachments:** | 6.19.06 demand letter re meeting.doc |

Attached, please find a letter regarding the meeting that must be held pursuant to the Stipulation Regarding Schedule filed with the court. I would appreciate if you could get in touch with me as soon as possible regarding this letter and to schedule the meeting.

Sheara L. Krvaric
BRUSTEIN & MANASEVIT
3105 South Street, NW
Washington, DC 20007
Phone: (202) 965-3652
Fax: (202) 965-8913
Email: skrvaric@bruman.com
Internet: www.bruman.com

***This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

June 19, 2006

**VIA First Class Mail and Electronic Mail**

W. Mark Nebeker
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC  20530

Dana Dobson
General Attorney
U.S. Department of Education
OGC/DBAL Room 6E114
400 Maryland Avenue, SW
Washington, DC  20202

Re:   **Success for All Foundation v. U.S. Department of Education, Civil Action No. 06-190 RWR**

Dear Mr. Nebeker and Ms. Dobson:

This letter is to inform you that the U.S. Department of Education (USDE) is in breach of the Stipulation Regarding Scheduling filed on April 24, 2006.  In the stipulation Success for All (SFA) and USDE agreed to meet "within two weeks of [SFA's] receipt of [USDE's] decision [regarding a fee waiver] to reach an agreement on the scope of the [FOIA] requests and establish a deadline for producing the agreed upon records."  SFA received USDE's decision on May 26, 2006.  As required by the stipulation, SFA informed USDE it would like to proceed with the pending FOIA requests on May 31, 2006.  Thus, the meeting was required to have been held on or prior to June 9, 2006.

SFA, on its own, voluntarily agreed to postpone the meeting until June 22, 2006.  To facilitate your efforts, SFA even agreed to attend the meeting without its own counsel, prompting the U.S. Attorneys Office to likewise agree to allow the parties to meet without its attendance.  Notwithstanding this flexibility, USDE has not made any good faith effort to schedule the required meeting.  USDE has ignored repeated requests by SFA and its attorneys to send a list of available dates, and has not responded to our recent correspondence.

Thus, unless USDE agrees to meet by Thursday, June 22nd, SFA will file a motion in the United States District Court for the District of Columbia noting USDE is in breach of the stipulation and requesting the court to compel USDE's compliance, or to take other appropriate sanction.

We regret that we are forced to take this action. We have tried to be accommodating to USDE's needs. We have agreed to numerous extensions of time, as well as a generous schedule for the delivery of documents that SFA is legally entitled to under the Freedom of Information Act. Many of SFA's requests have been pending for over a year. USDE's recent actions in ignoring SFA's requests for compliance with the stipulation are disappointing given SFA's cooperative efforts.

Sincerely,

/s/

Leigh Manasevit
Counsel for Success for All