## Nebeker, Mark (USADC)

**From:** Dailey, Joanna [Joanna.Dailey@ed.gov]
**Sent:** Wednesday, June 21, 2006 5:36 PM
**To:** skrvaric@bruman.com; csattler@SuccessForAll.net
**Cc:** Nebeker, Mark (USADC); Dobson, Dana
**Subject:** FOIA Lawsuit -- IT Meeting

Ms. Krvaric and Ms. Sattler,

As you know, this lawsuit has been reassigned within this office from Marcella Goodridge to Dana Dobson, and Ms. Dobson is out of the office for mandatory training at the Justice Department until July 5, 2006. In her absence, I have been asked to respond to Ms. Sattler's June 13, 2006 e-mail message to Ms. Dobson, and to Mr. Manasevit's June 19, 2006 letter to AUSA Mark Nebeker and Ms. Dobson, regarding scheduling arrangements for a meeting of the parties' tech people to discuss concerns regarding SFA's pending electronic search requests. I understand that Mr. Nebeker left a telephone message for Ms. Krvaric earlier today as well. I sincerely regret the delay in getting back to you on this, occasioned by the reassignment of this case within our office, Dana's absence from the office, and unavoidable schedule conflicts of various other necessary players.

Mr. Manasevit's letter asks for the Department to agree to a June 22, 2006 meeting. While I am prepared to meet tomorrow, I don't believe such a meeting would be fruitful because I am not personally knowledgeable of the IT matters at issue. I regret that, due to schedule conflicts, we will not be able to make the individuals having such technical expertise available for a meeting any earlier than the week of July 10.

Please let me know before noon tomorrow if you agree to scheduling the meeting for the week of July 10. If that will work for you, please let me know three acceptable times between July 11 and July 14 when SFA and their tech experts could meet with us here at the Department. If you indicate that you are not amenable to scheduling the meeting for the week of July 10, or if I don't hear from you before noon tomorrow, we will petition the Court for an enlargement of time as required by the parties' Stipulation Regarding Scheduling.

Should you have questions, I can be reached at 202/401-6599.

Thank you.

Sincerely,

Joanna Dailey
Attorney
Division of Business and Administrative Law
Office of the General Counsel
U.S. Department of Education
400 Maryland Avenue, S.W.
Washington, DC 20202