UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUCCESS FOR ALL FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF EDUCATION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-190 (RWR) |

MOTION TO WITHDRAW AS COUNSEL

Pursuant to LCvR 83.6(c), I, Leigh Manasevit, move to withdraw my appearance as counsel for plaintiff in the above captioned cause of action. Plaintiff, through Cheryl Sattler, Education Policy and Constituent Relations Manager, has informed me it wishes to continue this action *pro se* and consents to my withdrawal as counsel. See Exhibit 1.

Dr. Sattler will serve as Plaintiff's primary contact, and can be contacted at:

200 W. Towsontown Boulevard
Baltimore, Maryland 21204-5200
Tele: (410) 616-2583
Fax: (410) 324-4056

Therefore, I respectfully request the Court to grant this Motion to Withdraw as Counsel in this matter.

Respectfully submitted,

/s/ Leigh M. Manasevit
LEIGH M. MANASEVIT
D.C. Bar No. 260851
Brustein & Manasevit
3105 South Street, N.W.
Washington, DC 20007
Tele: 202-965-3652

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion to Withdraw as Counsel, and a Proposed Order shall be made to Defendant's counsel of record through the Court's electronic transmission facilities on the 3rd day of August, 2006. I further certify that service of the foregoing Motion to Withdraw as Counsel, a proposed Order, and a notice informing Plaintiff to notify the Clerk within five days that Plaintiff wishes to continue this action *pro se*, was mailed to Plaintiff via first class mail on the 3rd day of August, 2006, to:

    Cheryl Sattler, Ph.D
    Success for All Foundation
    200 W. Towsontown Boulevard
    Baltimore, Maryland 21204-5200
    Tele: (410) 616-2583
    Fax: (410) 324-4056

    /s/ Leigh M. Manasevit

    _____
    Leigh M. Manasevit
    D.C. Bar No. 260851
    Brustein & Manasevit
    3105 South Street, N.W.
    Washington, DC 20007
    Tele: 202-965-3652
    Fax:   202-965-8913