UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUCCESS FOR ALL FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF EDUCATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-190 (RWR) |

## CONSENT TO WITHDAWAL

I, Cheryl Sattler, am the Education Policy and Constituent Relations Manager for Plaintiff, Success for All Foundation. I have authority to act on behalf of Plaintiff in this matter. I have informed Leigh Manasevit that Plaintiff wishes to proceed *pro se* in this matter and consent to his withdrawal of counsel.

Therefore, I respectfully request the Court to grant Mr. Manasevit's Motion to Withdraw as Counsel in this matter.

Respectfully submitted,

CHERYL L. SATTLER, PH.D.
Success for All Foundation
200 W. Towsontown Boulevard
Baltimore, MD 21204-5200