UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUCCESS FOR ALL FOUNDATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-190 RWR |
| ) | |
| U.S. DEPARTMENT OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

This matter comes before the Court on Leigh Manasevit's Motion to Withdraw as Counsel, filed August 3, 2006.  After considering the motion, it is hereby GRANTED

SO ORDERED, this _____ day of _____, 2006.

_____
RICHARD W. ROBERTS
United States District Judge