UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUCCESS FOR ALL FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF EDUCATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-190 (RWR) |

MOTION TO WITHDRAW
PRIOR MOTION TO WITHDRAW AS COUNSEL

On August 3, 2006, I moved to withdraw my appearance as counsel for Plaintiff in the above captioned cause of action with Plaintiff's consent. Defendant, through counsel Mark Nebeker, indicated it does not oppose this motion.

After further discussions with Plaintiff, and given the tenor of recent correspondence with Defendant, we have determined it would be best if I continued as counsel of record. We apologize to the Court for the inconvenience this has caused.

Therefore, I respectfully request the Court to grant this Motion to Withdraw the prior Motion to Withdraw as Counsel in this matter.

                                                Respectfully submitted,

                                                /s/ Leigh M. Manasevit
                                                LEIGH M. MANASEVIT
                                                D.C. Bar No. 260851
                                                Brustein & Manasevit
                                                3105 South Street, N.W.
                                                Washington, DC  20007
                                                Tele: 202-965-3652

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion to Withdraw the Prior Motion, and a Proposed Order shall be made to Defendant's counsel of record through the Court's electronic transmission facilities on the 5th day of August, 2006.  I further certify that service of the foregoing Motion, a proposed Order, was mailed to Plaintiff via first class mail on the 5th day of August, 2006, to:

    Cheryl Sattler, Ph.D
    Success for All Foundation
    200 W. Towsontown Boulevard
    Baltimore, Maryland 21204-5200
    Tele: (410) 616-2583
    Fax: (410) 324-4056

    /s/ Leigh M. Manasevit

    _____
    Leigh M. Manasevit
    D.C. Bar No. 260851
    Brustein & Manasevit
    3105 South Street, N.W.
    Washington, DC 20007
    Tele: 202-965-3652
    Fax:  202-965-8913

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUCCESS FOR ALL FOUNDATION,  )
                             )
           Plaintiff,        )
                             )
    v.                       )    Civil Action No. 06-190 RWR
                             )
U.S. DEPARTMENT OF EDUCATION,)
                             )
           Defendant.        )
                             )

ORDER

This matter comes before the Court on Leigh Manasevit's Motion to Withdraw his prior Motion to Withdraw as Counsel, filed August 3, 2006. After considering the motion, it is hereby GRANTED

SO ORDERED, this _____ day of _____, 2006.

_____
RICHARD W. ROBERTS
United States District Judge