UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUCCESS FOR ALL FOUNDATION, )
                                                   )
        Plaintiff, )
                                                   )
   v. ) Civil Action No. 06-190 RWR
                                                   )
U.S. DEPARTMENT OF EDUCATION, )
                                                   )
        Defendant. )
_____ )

STIPULATION OF SETTLEMENT AND DISMISSAL

The parties hereby stipulate and agree as follows, in full settlement of any and all claims by Plaintiff in the above action.

1) Defendant shall make payment to Plaintiff through counsel of attorney fees, costs, and expenses in the amount of $19,400.00, which may, at the option of defendant, be effected through electronic transfer based on information to be provided by Plaintiff.

2) Plaintiff agrees that compliance with the above condition shall constitute the full satisfaction of all claims in this action, including but not limited to any claims for fees, costs and expenses of every kind, including those that have already been incurred or expended and any which may in the future be incurred or expended in the case.

3) The parties further stipulate and agree that all fees due and owing for searching and copying associated with the FOIA requests identified in the complaint (i.e., Request Nos.

05-00828-F; 05-00989-F; 05-00878-F; 05-00928-F; 05-00957-F; 05-01087-F; 05-01105-F; 05-01156-F; 06-00118-F; 06-00131-F; 06-00126-F) and not withdrawn by Plaintiff have been paid, but the Department of Education reserves any right it may have to require reimbursement to it from Plaintiff for fees and expenses which have been or may be incurred in searching for and copying records for Plaintiff in any other or future FOIA requests.

WHEREFORE, this action is dismissed.

Respectfully submitted,

_____
LEIGH MANASEVIT, ESQ.
DC Bar #260851

_____
SHEARA KRVARIC, ESQ.
DC Bar #473421
BRUSTEIN & MANASEVIT
3105 South Street, N.W.
Washington, DC 20007
(202) 965-3652

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230

SO ORDERED, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE